In the Matter of LOCKPORT SMART GROWTH, INC., et al., Appellants, v TOWN OF LOCKPORT et al., Respondents. (Proceeding No. 1.)

In the Matter of LOCKPORT SMART GROWTH, INC., et al., Appellants, v TOWN OF LOCKPORT ZONING BOARD OF APPEALS et al., Respondents. (Proceeding No. 2.)

Submitted January 4, 2010; decided February 23, 2010

Motion by James Harris et al. for leave to file a memorandum of law amici curiae on the motion for leave to appeal herein denied, and for leave to file a brief amici curiae on the appeal herein dismissed as academic.

RUKMINAMMA MADIREDDY, Appellant, v SUBBA REDDY MADIREDDY, Also Known as SUBBA A. REDDY, Respondent, and CHITTEMMA REDDY, Intervenor-Respondent.

Decided February 23, 2010

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved. The constitutional issue was not preserved.